# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANA GODINEZ, individually, and on behalf of other members of the general public similarly situated; AARON KESPRADIT, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DOLLAR LOAN CENTER CALIFORNIA, LLC, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: 2:19-cv-10619-DSF-JCx<br><br>Honorable Dale S. Fischer<br><br>**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)**<br><br>Complaint Filed: October 15, 2019<br>Trial Date:　　None Set |

**ORDER**

Pursuant to the parties' stipulation, and for good cause shown, Plaintiff Johana Godinez's individual claims against Defendant Dollar Loan Center California, LLC ("Defendant") are hereby ordered DISMISSED WITH PREJUDICE, Plaintiff Aaron Kespradit's individual claims against Defendant are hereby ordered DISMISSED WITH PREJUDICE, and the class claims against Defendant are hereby ordered DISMISSED WITHOUT PREJUDICE. Each party is to bear its own attorney's fees and costs incurred in pursuing or defending this matter.

IT IS SO ORDERED.

DATED: January 13, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE